No. 424. TAYLOR *v.* KENTUCKY. Ct. App. Ky. Certiorari denied. *David Kaplan* for petitioner.

No. 426. SCOTT, AKA MONTAGUE *v.* WKJG, INC., ET AL. C. A. 7th Cir. Certiorari denied. *Albert L. Jeffers* for petitioner. *Eugene L. Girden* for respondents.

No. 429. TRAVELERS INDEMNITY Co. *v.* GREYHOUND LINES, INC., ET AL. C. A. 5th Cir. Certiorari denied. *John A. Hickman* for petitioner. *W. James Kronzer* for respondents Craig et al.

No. 431. CONTINENTAL CASUALTY Co. *v.* PFEIFER. Ct. App. Md. Certiorari denied. *William A. Mann* for petitioner. *Jerrold V. Powers* for respondent.

No. 435. SATERIALE *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 438. RHINEHART *v.* WASHINGTON. Sup. Ct. Wash. Certiorari denied. *Arval A. Morris* for petitioner.

No. 440. BAPTIST *v.* BANKERS INDEMNITY Co. C. A. 2d Cir. Certiorari denied. *Frank F. Ober* for petitioner.

No. 473. SOUTHERN RAMBLER SALES, INC. *v.* AMERICAN MOTORS CORP. ET AL. C. A. 5th Cir. Certiorari denied. *Charles A. O'Niell, Jr.,* for petitioner. *C. Murphy Moss, Jr.,* for respondents.